

## NUMBER 13-24-00560-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

**LEXY LEANNE DAVILA,**  **Appellant,**

**v.**

**THE STATE OF TEXAS,**  **Appellee.**

---

## ON APPEAL FROM THE 117TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice Fonseca**

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number 24FC-2185B. We now dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case…and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On December 2, 2024, we ordered appellant's counsel to review the record and

determine whether appellant had a right to appeal. On December 30, 2024, appellant's counsel responded concluding that appellant waived her right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction.

YSMAEL D. FONSECA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
30th day of January, 2025.

2